IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LANCASTER,<br><br>              Plaintiff,<br><br>      v.<br><br>LIEUTENANT GABBY, et al.,<br><br>              Defendants. | NO. EDCV 17-0013-JAK (AGR)<br><br>**JUDGMENT**<br><br>JS-6 |

    For the reasons stated in the Order of Dismissal, judgment is entered for Defendants and this action is dismissed without prejudice for failure to prosecute.

DATED: February 28, 2025

_____
JOHN A. KRONSTADT
United States District Judge

1